38 A.3d 821

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Serhiy HUDZ, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 23, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of February, 2012, the Petitioner's "Emergency Petition for Early Decision on Request for Supreme Court to Hear Case of Serhiy Hudz" is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**